GAS 245D        (Rev. 04/23) Judgment in a Criminal Case for Revocations



# UNITED STATES DISTRICT COURT

Southern District of Georgia
Augusta Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Willie Davis Royal | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:        1:09CR00035-3<br><br>USM Number:        14021-021<br><br>Christopher Scott Connell<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | August 8, 2018 |

See page two for additional violations

The defendant is sentenced as provided in pages 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 9693

July 17, 2023
Date of Imposition of Judgment

Defendant's Year of Birth: 1974

Signature of Judge

City and State of Defendant's Residence:

Augusta, Georgia

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Name and Title of Judge

7/18/2023

Date

GAS 245D          (Rev. 04/23) Judgment in a Criminal Case for Revocations

DEFENDANT:              Willie Davis Royal
CASE NUMBER:            1:09CR00035-3

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant illegally possessed a controlled substance (mandatory condition). | August 8, 2018 |
| 3 | The defendant failed to abide by the imposed curfew (special condition). | August 8, 2018 |
| 4 | The defendant failed to abide by the imposed curfew (special condition). | November 5, 2018 |
| 5 | The defendant failed to abide by the imposed curfew (special condition). | November 13, 2019 |
| 6 | The defendant committed another federal, state, or local crime (mandatory condition). | January 21, 2021 |
| 7 | The defendant illegally possessed a controlled substance (mandatory condition). | January 21, 2021 |
| 8 | The defendant failed to notify the probation officer within seventy-two hours of being arrested or questioned by law enforcement (standard condition). | January 24, 2021 |
| 9 | The defendant committed another federal, state, or local crime (mandatory condition). | February 4, 2023 |
| 10 | The defendant failed to abide by the imposed curfew (special condition). | February 4, 2023 |

GAS 245D    (Rev. 04/23) Judgment in a Criminal Case for Revocations

Judgment— Page **3** of **3**

DEFENDANT:        Willie Davis Royal
CASE NUMBER:      1:09CR00035-3

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:     36 months, with no term of supervision to follow.

☒    The Court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant be designated to the Butner (North Carolina) Federal Medical Center.

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

  ☐    at _____  ☐    a.m.  ☐    p.m.  on  _____  .

  ☐    as notified by the United States Marshal.

☒    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☒    before 2 p.m. on    Monday, August 21, 2023    .

  ☐    as notified by the United States Marshal.

  ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL